UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION

| WATTS CONSTRUCTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MARINA LANDSCAPE, INC. and DOES 1 to 20,<br><br>Defendants. | Case No. 8:21-cv-00893JVS(KESx)<br><br>**ORDER FOLLOWING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
|---|---|

The court, having reviewed the Stipulation of the parties that this entire action, including all claims and counterclaims, may be dismissed and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation of the parties is approved. The entire action, including all claims and counterclaims alleged against all parties, is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: 9/7/21

_____
JAMES V. SELNA

Page 1

[Proposed] Order - Case No. 8:21-cv-00893

535277.1